|  |  |
|---|---|
| The Honorable: | DONALD R CASSLING |
| Chapter  7 | |
| Location: | 219 S. Dearborn, Courtroom 619, Chicago, IL |
| Hearing Date: | / / |
| Hearing Time: | 09:30am |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MED-HEALTH PARTNERS, S.C.     § Case No. 12-49502
                                     §
                                     §
                                     §
Debtor(s)                            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 18, 2012. The undersigned trustee was appointed on December 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        128,123.94

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,444.02 |
| Bank service fees | 491.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 126,188.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/10/2013 and the deadline for filing governmental claims was 06/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,299.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,299.18, for a total compensation of $9,299.18.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/29/2017     By: /s/Brian Audette
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-49502  
**Case Name:** MED-HEALTH PARTNERS, S.C.

**Trustee:** (330232)  Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/18/12 (f)  
**§341(a) Meeting Date:** 02/05/13  

**Period Ending:** 08/29/17

**Claims Bar Date:** 09/10/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable<br>Imported from original petition Doc# 1 | Unknown | 500,000.00 | | 84,961.81 | FA |
| 2 | Bank of America account ending 8229 (u) | 0.00 | 43,162.13 | | 43,162.13 | FA |
| 2 | **Assets    Totals** (Excluding unknown values) | **$0.00** | **$543,162.13** | | **$128,123.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   December 31, 2017

Printed: 08/29/2017 03:26 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-49502  
**Case Name:** MED-HEALTH PARTNERS, S.C.  
**Taxpayer ID #:** **-***6534  
**Period Ending:** 08/29/17

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/17/13 | {1} | Driscoll Law Offices, P.C. | Payment of receivable | 1121-000 | 2,302.89 | | 2,302.89 |
| 06/18/13 | {1} | Allstate | Payment pursuant to Release of Lien executed 03.09.13 | 1121-000 | 1,000.00 | | 3,302.89 |
| 06/26/13 | {2} | Bank of America, N.A. | Balance of bank account ending 8229 | 1229-000 | 43,162.13 | | 46,465.02 |
| 09/17/13 | {1} | Barry S. Silver Attny at Law | Estate's interest in pursuing unpaid medical bills owed by Momcilo Culafic | 1121-000 | 2,060.00 | | 48,525.02 |
| 11/18/13 | {1} | Robert A. Langendorf | Settlement per Release of Lien dated 10/22/13 | 1121-000 | 900.00 | | 49,425.02 |
| 11/18/13 | {1} | Jack R. Epstein | Settlement for patient Maria J. Reyes (see correspondence dated 11/14/13) | 1121-000 | 1,175.15 | | 50,600.17 |
| 11/22/13 | {1} | Shea Law Group | Payment for Maria Villa enclosed with 04.08.13 letter from Shea Law Group | 1121-000 | 1,862.09 | | 52,462.26 |
| 11/29/13 | {1} | Shea Law Group | Reversed Deposit 100007 1 Payment for Maria Villa enclosed with 04.08.13 letter from Shea Law Group | 1121-000 | -1,862.09 | | 50,600.17 |
| 01/15/14 | {1} | Law Offices of Burnes and Libman | Payment of receivable | 1121-000 | 4,860.00 | | 55,460.17 |
| 01/29/14 | {1} | Brian C. Thomas PC | Settlement of medical bill for J. Crawford | 1121-000 | 4,838.22 | | 60,298.39 |
| 01/31/14 | {1} | American Family Insurance Group | Payment of receivable | 1121-000 | 3,191.09 | | 63,489.48 |
| 02/10/14 | {1} | Katz Friedman | Settlement for patient Richard Lorenz | 1121-000 | 93.65 | | 63,583.13 |
| 02/20/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Release of lien for J. Garcia | 1121-000 | 1,140.00 | | 64,723.13 |
| 03/31/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Payment of receivable | 1121-000 | 3,998.00 | | 68,721.13 |
| 05/15/14 | {1} | Marc D. Alberts PC | Payment of receivable | 1121-000 | 4,200.00 | | 72,921.13 |
| 05/15/14 | {1} | Nicholis J. Stein | Payment of receivable | 1121-000 | 177.44 | | 73,098.57 |
| 05/15/14 | {1} | State Farm Mutual Automobile Insurance Company | Payment of receivable | 1121-000 | 496.47 | | 73,595.04 |
| 05/15/14 | {1} | State Farm Mutual Automobile Insurance Company | Payment of receivable | 1121-000 | 566.80 | | 74,161.84 |
| 05/21/14 | {1} | Ankin Law Offices, LLC | Payment of receivable | 1121-000 | 2,000.00 | | 76,161.84 |
| 05/21/14 | {1} | Goldstein Aiossa & Good Ltd. | Payment of receivable | 1121-000 | 750.00 | | 76,911.84 |
| 05/21/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Payment of receivable | 1121-000 | 544.27 | | 77,456.11 |
| 06/13/14 | {1} | Mark L. Locascio | Alba Lewis Instant Care, LLC | 1121-000 | 1,294.19 | | 78,750.30 |
| 06/13/14 | {1} | Marc D. Alberts PC | Reversed Deposit 100014 1 | 1121-000 | -4,200.00 | | 74,550.30 |
| 07/10/14 | {1} | Illinois IOLTA Trust Accounts | Payment of receivable | 1121-000 | 1,992.80 | | 76,543.10 |
| 07/22/14 | {1} | Dworkin & Maciariello | Payment of receivable | 1121-000 | 1,090.00 | | 77,633.10 |
| 07/25/14 | {1} | Lawyers Trust Fund of Illinois, dba the Law Offices of | Payment of receivable | 1121-000 | 350.65 | | 77,983.75 |

Subtotals : $77,983.75   $0.00

{} Asset reference(s)

Printed: 08/29/2017 03:26 PM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-49502 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | MED-HEALTH PARTNERS, S.C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1866 - Checking Account |
| Taxpayer ID #: | **-***6534 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/29/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/14 | {1} | Law Offices of Sostrin and Sostrin, P.C. | Payment of receivable | 1121-000 | 1,000.00 | | 78,983.75 |
| 08/27/14 | {1} | Marc J. Shuman & Associates, Ltd | Payment of receivable | 1121-000 | 1,300.00 | | 80,283.75 |
| 08/27/14 | {1} | Country Financial | Cargle, Kenneth W., Claim No. 102-0044955 | 1121-000 | 2,517.00 | | 82,800.75 |
| 09/09/14 | {1} | Elman Law Group, LLC | Carina Davalos | 1121-000 | 1,000.00 | | 83,800.75 |
| 09/12/14 | {1} | Jack R. Epstein | Payment of receivable | 1121-000 | 1,585.97 | | 85,386.72 |
| 09/12/14 | {1} | Sandman, Levy & Petrich LLC | Payment of receivable | 1121-000 | 444.17 | | 85,830.89 |
| 10/09/14 | {1} | Dworkin & Maciariello | Settlement for patient Y. Savchuk | 1121-000 | 203.00 | | 86,033.89 |
| 10/23/14 | {1} | Shea Law Group | Maria Villa lein full and final | 1121-000 | 1,862.09 | | 87,895.98 |
| 10/23/14 | {1} | Marc D. Alberts PC | A. Perez | 1121-000 | 4,200.00 | | 92,095.98 |
| 10/24/14 | 101 | Illinois Department of Revenue | 2013 tax/late payment penalty | 2820-000 | | 162.02 | 91,933.96 |
| 10/27/14 | {1} | The Vrdolyak Law Group, LLC | WC8909 - Edwin Rosales | 1121-000 | 4,328.99 | | 96,262.95 |
| 11/04/14 | 102 | United States Treasury | Penalty fee for filing S Corporation return late | 2810-000 | | 195.00 | 96,067.95 |
| 11/24/14 | {1} | Jerome Schachter and Associates, Ltd. | Ref: Rebecca Romano settlement | 1121-000 | 5,567.07 | | 101,635.02 |
| 12/09/14 | {1} | Elman Law Group, LLC | Ben Zacarias/Acct: ZALBE000 1065 | 1121-000 | 450.00 | | 102,085.02 |
| 12/19/14 | {1} | Robert A. Langendorf | Patricia Collison settlement | 1121-000 | 800.00 | | 102,885.02 |
| 01/07/15 | {1} | Evans International Law Firms LLC | Yvette Griffin settlement | 1121-000 | 33.33 | | 102,918.35 |
| 01/14/15 | {1} | Marc J. Shuman & Associates, Ltd. | Ref: Harper, Kenneth 01/18/09 09P08 | 1121-000 | 432.24 | | 103,350.59 |
| 01/14/15 | {1} | Ankin Law Offices LLC | Dawn Prince | 1121-000 | 100.00 | | 103,450.59 |
| 01/29/15 | {1} | Dworkin & Maciariello | Ref: Alan Scott | 1121-000 | 1,253.00 | | 104,703.59 |
| 02/25/15 | 103 | Illinois Department of Revenue | FEIN 26-1866534 | 2820-000 | | 790.00 | 103,913.59 |
| 03/13/15 | {1} | Dworkin & Maciariello | Ref: Leatika Carter | 1121-000 | 915.00 | | 104,828.59 |
| 04/03/15 | {1} | CNA | Ref: F. Zambrano - 06811522041802-CY | 1121-000 | 100.68 | | 104,929.27 |
| 04/03/15 | {1} | CNA | Ref: F. Zambrano, 06811522042302-CY | 1121-000 | 1,712.62 | | 106,641.89 |
| 04/03/15 | {1} | Th Vrdolyak Law Group, LLC | Ref: Ibeth Ramos, 28634 | 1121-000 | 163.92 | | 106,805.81 |
| 04/03/15 | {1} | Assurance Financial Partners, LLC | Ref: Invoice No. 20141031-LIT | 1121-000 | 420.72 | | 107,226.53 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.53 | 107,073.00 |
| 05/05/15 | {1} | Illinois IOLTA Trust Accounts | Ref: Jose Ferreira | 1121-000 | 3,235.20 | | 110,308.20 |
| 05/06/15 | {1} | J.B. Hunt | Ref: Bernardino Pasqual | 1121-000 | 1,089.58 | | 111,397.78 |
| 05/11/15 | {1} | Pope & Jaburek, P.C. | Ref: Emil Iwas | 1121-000 | 4,550.00 | | 115,947.78 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.29 | 115,790.49 |
| 06/16/15 | {1} | American Interstate Insurance Co., Inc. | Ref: Michael Peterson | 1121-000 | 4,266.46 | | 120,056.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.30 | 119,876.65 |
| 08/04/15 | {1} | Ankin Law Offices LLC | Ref: Reyna Arroyo | 1121-000 | 1,000.00 | | 120,876.65 |
| 10/05/15 | {1} | Steven Salk & Associates | Ref: Maria Perez | 1121-000 | 938.21 | | 121,814.86 |

Subtotals :   $45,469.25   $1,638.14

{} Asset reference(s)

Printed: 08/29/2017 03:26 PM   V.13.30

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-49502 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | MED-HEALTH PARTNERS, S.C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1866 - Checking Account |
| Taxpayer ID #: | **-***6534 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/29/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/15 | {1} | The Law Office of Andrew S. Kryder, LLC | Ref: D. Hibble, 10/20/12 lien | 1121-000 | 51.20 | | 121,866.06 |
| 01/04/16 | {1} | Assurance Financial Partners, LLC | Invoice Number 20150930-LIT | 1121-000 | 235.59 | | 122,101.65 |
| 02/29/16 | 104 | Illinois Department of Revenue | Payment for tax year ending 12/31/15 - FEIN 26-1866534 | 2820-000 | | 297.00 | 121,804.65 |
| 03/04/16 | {1} | Illinois IOLTA Trust Accounts | Paula Cells | 1121-000 | 1,739.90 | | 123,544.55 |
| 12/19/16 | {1} | Assurance Financial Partners, LLC | July 24 - July 30, 2016 | 1121-000 | 298.86 | | 123,843.41 |
| 02/28/17 | {1} | Assurance Financial Partners, LLC | Reissued payment - Check 78652 | 1121-000 | 787.46 | | 124,630.87 |
| 03/23/17 | {1} | Assurance Financial Partners, LLC | DOS: January 22 - January 28, 2017 | 1121-000 | 728.74 | | 125,359.61 |
| 04/18/17 | {1} | Jack R. Epstein | Med-Health Partners Settlement/Isaias Aca | 1121-000 | 829.19 | | 126,188.80 |
| | | | **ACCOUNT TOTALS** | | 128,123.94 | 1,935.14 | $126,188.80 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 128,123.94 | 1,935.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$128,123.94** | **$1,935.14** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1866** | 128,123.94 | 1,935.14 | 126,188.80 |
| | $128,123.94 | $1,935.14 | $126,188.80 |

{} Asset reference(s)

Printed: 08/29/17 03:26 PM                                                                                                       Page: 1

# Exhibit C - Claims Proposed Distribution
## Case:  12-49502   MED-HEALTH PARTNERS, S.C.

**Case Balance:** $126,188.80    **Total Proposed Payment:** $126,188.80    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Brian Audette, Chapter 7 Trustee | Admin Ch. 7 | 9,299.18 | 9,299.18 | 0.00 | 9,299.18 | 9,299.18 | 116,889.62 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Lois West, CPA | Admin Ch. 7 | 11.30 | 11.30 | 0.00 | 11.30 | 11.30 | 116,878.32 |
| | <3420-00  Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| | Lois West, CPA | Admin Ch. 7 | 4,008.00 | 4,008.00 | 0.00 | 4,008.00 | 4,008.00 | 112,870.32 |
| | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Perkins Coie LLP | Admin Ch. 7 | 8,906.50 | 8,906.50 | 0.00 | 8,906.50 | 8,906.50 | 103,963.82 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Instant Care LLC | Secured | 647,768.07 | 647,768.07 | 0.00 | 647,768.07 | 103,963.82 | 0.00 |
| | **Total for Case 12-49502 :** | | **$669,993.05** | **$669,993.05** | **$0.00** | **$669,993.05** | **$126,188.80** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $22,224.98 | $22,224.98 | $0.00 | $22,224.98 | 100.000000% |
| **Total Secured Claims :** | $647,768.07 | $647,768.07 | $0.00 | $103,963.82 | 16.049544% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-49502
Case Name: MED-HEALTH PARTNERS, S.C.
Trustee Name: Brian Audette

**Balance on hand:** $ 126,188.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Instant Care LLC | 647,768.07 | 647,768.07 | 0.00 | 103,963.82 |

Total to be paid to secured creditors: $ 103,963.82
Remaining balance: $ 22,224.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 9,299.18 | 0.00 | 9,299.18 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 8,906.50 | 0.00 | 8,906.50 |
| Accountant for Trustee, Fees - Lois West, CPA | 4,008.00 | 0.00 | 4,008.00 |
| Accountant for Trustee, Expenses - Lois West, CPA | 11.30 | 0.00 | 11.30 |

Total to be paid for chapter 7 administration expenses: $ 22,224.98
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**