# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| MED-HEALTH PARTNERS, S.C., | ) | **Case No. 12-49502** |
| | ) | |
| Debtor. | ) | **Honorable Donald R. Cassling** |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 31st day of August, 2017, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated:  August 31, 2017                                   BRIAN A. AUDETTE, INTERIM TRUSTEE


By: */s/ Brian A. Audette*
       Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534

87955-0006/136631527.1

Label Matrix for local noticing
0752-1
Case 12-49502
Northern District of Illinois
Chicago
Thu Aug 31 09:51:25 CDT 2017

Med-Health Partners, s.c.
Marc Strongin
1319 Linden Ave.
Highland Park, IL 60035-3454

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ADAMS HALL III
33 N DEARBORN #2350
Chicago, IL 60602-3110

Advantage MRI, LLC
C/O Hall Adams
33 N. Dearborn Suite 2350
Chicago, IL 60602-3110

FOLEY & LARDNER
321 N CLARK #2800
Chicago, IL 60654-5313

Instant Care LLC
815 Howard Street
Evanston, IL 60202-3916

Instant Care LLC
c/o Foley & Lardner LLP
Attn: Edward J. Green, David B. Goroff
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

KAMENSKY & RUBINSTEIN
7250 N CICERO AVE
Chicago, IL 60646

Brian Audette
Perkins Coie LLP
131 S Dearborn Street, Suite 1700
Chicago, IL 60603-5559

John F Hiltz
Hiltz & Zanzig LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604-3673

Jordan G Galassie

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Instant Care LLC

(u)Popowcer Katten LTD

(u)Charles Jr Gibbs

(u)Lois West

End of Label Matrix
Mailable recipients    12
Bypassed recipients     4
Total                  16