# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  MED-HEALTH PARTNERS, S.C.                            §    Case No. 12-49502
                                                             §
                                                             §
                                                             §
Debtor(s)                                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                          Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$103,963.82       Claims Discharged
                                                  Without Payment: $0.00

Total Expenses of Administration:$24,160.12

3)  Total gross receipts of $      128,123.94     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of  $128,123.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $647,768.07 | $647,768.07 | $103,963.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,160.12 | 24,160.12 | 24,160.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $671,928.19 | $671,928.19 | $128,123.94 |

4)  This case was originally filed under Chapter 7 on December 18, 2012. The case was pending for 60 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2018_____   By: /s/Brian Audette_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 84,961.81 |
| Bank of America account ending 8229 | 1229-000 | 43,162.13 |
| **TOTAL GROSS RECEIPTS** | | **$128,123.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Instant Care LLC | 4210-000 | N/A | 647,768.07 | 647,768.07 | 103,963.82 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$647,768.07** | **$647,768.07** | **$103,963.82** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 9,299.18 | 9,299.18 | 9,299.18 |
| Attorney for Trustee Fees (Trustee Firm) - Perkins Coie LLP | 3110-000 | N/A | 8,906.50 | 8,906.50 | 8,906.50 |
| Other - Lois West, CPA | 3410-000 | N/A | 4,008.00 | 4,008.00 | 4,008.00 |
| Other - Lois West, CPA | 3420-000 | N/A | 11.30 | 11.30 | 11.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Illinois Department of Revenue | 2820-000 | N/A | 162.02 | 162.02 | 162.02 |
| Other - United States Treasury | 2810-000 | N/A | 195.00 | 195.00 | 195.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 790.00 | 790.00 | 790.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 153.53 | 153.53 | 153.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.29 | 157.29 | 157.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.30 | 180.30 | 180.30 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 297.00 | 297.00 | 297.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,160.12 | $24,160.12 | $24,160.12 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-49502

**Case Name:** MED-HEALTH PARTNERS, S.C.

**Trustee:** (330232)   Brian Audette, Chapter 7 Trustee

**Filed (f) or Converted (c):** 12/18/12 (f)

**§341(a) Meeting Date:** 02/05/13

**Period Ending:** 01/04/18

**Claims Bar Date:** 09/10/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Accounts Receivable <br> Imported from original petition Doc# 1 | Unknown | 500,000.00 | | 84,961.81 | FA |
| 2   Bank of America account ending 8229  (u) | 0.00 | 43,162.13 | | 43,162.13 | FA |
| **2   Assets   Totals** (Excluding unknown values) | **$0.00** | **$543,162.13** | | **$128,123.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015      **Current Projected Date Of Final Report (TFR):**     August 31, 2017  (Actual)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-49502 | **Trustee:** Brian Audette, Chapter 7 Trustee (330232) |
| **Case Name:** MED-HEALTH PARTNERS, S.C. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1866 - Checking Account |
| **Taxpayer ID #:** **-***6534 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 01/04/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/13 | {1} | Driscoll Law Offices, P.C. | Payment of receivable | 1121-000 | 2,302.89 | | 2,302.89 |
| 06/18/13 | {1} | Allstate | Payment pursuant to Release of Lien executed 03.09.13 | 1121-000 | 1,000.00 | | 3,302.89 |
| 06/26/13 | {2} | Bank of America, N.A. | Balance of bank account ending 8229 | 1229-000 | 43,162.13 | | 46,465.02 |
| 09/17/13 | {1} | Barry S. Silver Attny at Law | Estate's interest in pursuing unpaid medical bills owed by Momcilo Culafic | 1121-000 | 2,060.00 | | 48,525.02 |
| 11/18/13 | {1} | Robert A. Langendorf | Settlement per Release of Lien dated 10/22/13 | 1121-000 | 900.00 | | 49,425.02 |
| 11/18/13 | {1} | Jack R. Epstein | Settlement for patient Maria J. Reyes (see correspondence dated 11/14/13) | 1121-000 | 1,175.15 | | 50,600.17 |
| 11/22/13 | {1} | Shea Law Group | Payment for Maria Villa enclosed with 04.08.13 letter from Shea Law Group | 1121-000 | 1,862.09 | | 52,462.26 |
| 11/29/13 | {1} | Shea Law Group | Reversed Deposit 100007 1 Payment for Maria Villa enclosed with 04.08.13 letter from Shea Law Group | 1121-000 | -1,862.09 | | 50,600.17 |
| 01/15/14 | {1} | Law Offices of Burnes and Libman | Payment of receivable | 1121-000 | 4,860.00 | | 55,460.17 |
| 01/29/14 | {1} | Brian C. Thomas PC | Settlement of medical bill for J. Crawford | 1121-000 | 4,838.22 | | 60,298.39 |
| 01/31/14 | {1} | American Family Insurance Group | Payment of receivable | 1121-000 | 3,191.09 | | 63,489.48 |
| 02/10/14 | {1} | Katz Friedman | Settlement for patient Richard Lorenz | 1121-000 | 93.65 | | 63,583.13 |
| 02/20/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Release of lien for J. Garcia | 1121-000 | 1,140.00 | | 64,723.13 |
| 03/31/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Payment of receivable | 1121-000 | 3,998.00 | | 68,721.13 |
| 05/15/14 | {1} | Marc D. Alberts PC | Payment of receivable | 1121-000 | 4,200.00 | | 72,921.13 |
| 05/15/14 | {1} | Nicholis J. Stein | Payment of receivable | 1121-000 | 177.44 | | 73,098.57 |
| 05/15/14 | {1} | State Farm Mutual Automobile Insurance Company | Payment of receivable | 1121-000 | 496.47 | | 73,595.04 |
| 05/15/14 | {1} | State Farm Mutual Automobile Insurance Company | Payment of receivable | 1121-000 | 566.80 | | 74,161.84 |
| 05/21/14 | {1} | Ankin Law Offices, LLC | Payment of receivable | 1121-000 | 2,000.00 | | 76,161.84 |
| 05/21/14 | {1} | Goldstein Aiossa & Good Ltd. | Payment of receivable | 1121-000 | 750.00 | | 76,911.84 |
| 05/21/14 | {1} | The Law Office of Andrew S. Kryder, LLC | Payment of receivable | 1121-000 | 544.27 | | 77,456.11 |
| 06/13/14 | {1} | Mark L. Locascio | Alba Lewis Instant Care, LLC | 1121-000 | 1,294.19 | | 78,750.30 |
| 06/13/14 | {1} | Marc D. Alberts PC | Reversed Deposit 100014 1 | 1121-000 | -4,200.00 | | 74,550.30 |
| 07/10/14 | {1} | Illinois IOLTA Trust Accounts | Payment of receivable | 1121-000 | 1,992.80 | | 76,543.10 |
| 07/22/14 | {1} | Dworkin & Maciariello | Payment of receivable | 1121-000 | 1,090.00 | | 77,633.10 |
| 07/25/14 | {1} | Lawyers Trust Fund of Illinois, dba the Law Offices of | Payment of receivable | 1121-000 | 350.65 | | 77,983.75 |

Subtotals :          $77,983.75          $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-49502 | |
| **Case Name:** | MED-HEALTH PARTNERS, S.C. | |
| **Taxpayer ID #:** | **-***6534 | |
| **Period Ending:** | 01/04/18 | |

| | | |
|---|---|---|
| **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******1866 - Checking Account | |
| **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/14 | {1} | Law Offices of Sostrin and Sostrin, P.C. | Payment of receivable | 1121-000 | 1,000.00 | | 78,983.75 |
| 08/27/14 | {1} | Marc J. Shuman & Associates, Ltd | Payment of receivable | 1121-000 | 1,300.00 | | 80,283.75 |
| 08/27/14 | {1} | Country Financial | Cargle, Kenneth W., Claim No. 102-0044955 | 1121-000 | 2,517.00 | | 82,800.75 |
| 09/09/14 | {1} | Elman Law Group, LLC | Carina Davalos | 1121-000 | 1,000.00 | | 83,800.75 |
| 09/12/14 | {1} | Jack R. Epstein | Payment of receivable | 1121-000 | 1,585.97 | | 85,386.72 |
| 09/12/14 | {1} | Sandman, Levy & Petrich LLC | Payment of receivable | 1121-000 | 444.17 | | 85,830.89 |
| 10/09/14 | {1} | Dworkin & Maciariello | Settlement for patient Y. Savchuk | 1121-000 | 203.00 | | 86,033.89 |
| 10/23/14 | {1} | Shea Law Group | Maria Villa lein full and final | 1121-000 | 1,862.09 | | 87,895.98 |
| 10/23/14 | {1} | Marc D. Alberts PC | A. Perez | 1121-000 | 4,200.00 | | 92,095.98 |
| 10/24/14 | 101 | Illinois Department of Revenue | 2013 tax/late payment penalty | 2820-000 | | 162.02 | 91,933.96 |
| 10/27/14 | {1} | The Vrdolyak Law Group, LLC | WC8909 - Edwin Rosales | 1121-000 | 4,328.99 | | 96,262.95 |
| 11/04/14 | 102 | United States Treasury | Penalty fee for filing S Corporation return late | 2810-000 | | 195.00 | 96,067.95 |
| 11/24/14 | {1} | Jerome Schachter and Associates, Ltd. | Ref: Rebecca Romano settlement | 1121-000 | 5,567.07 | | 101,635.02 |
| 12/09/14 | {1} | Elman Law Group, LLC | Ben Zacarias/Acct: ZALBE000 1065 | 1121-000 | 450.00 | | 102,085.02 |
| 12/19/14 | {1} | Robert A. Langendorf | Patricia Collison settlement | 1121-000 | 800.00 | | 102,885.02 |
| 01/07/15 | {1} | Evans International Law Firms LLC | Yvette Griffin settlement | 1121-000 | 33.33 | | 102,918.35 |
| 01/14/15 | {1} | Marc J. Shuman & Associates, Ltd. | Ref: Harper, Kenneth 01/18/09 09P08 | 1121-000 | 432.24 | | 103,350.59 |
| 01/14/15 | {1} | Ankin Law Offices LLC | Dawn Prince | 1121-000 | 100.00 | | 103,450.59 |
| 01/29/15 | {1} | Dworkin & Maciariello | Ref: Alan Scott | 1121-000 | 1,253.00 | | 104,703.59 |
| 02/25/15 | 103 | Illinois Department of Revenue | FEIN 26-1866534 | 2820-000 | | 790.00 | 103,913.59 |
| 03/13/15 | {1} | Dworkin & Maciariello | Ref: Leatika Carter | 1121-000 | 915.00 | | 104,828.59 |
| 04/03/15 | {1} | CNA | Ref: F. Zambrano - 06811522041802-CY | 1121-000 | 100.68 | | 104,929.27 |
| 04/03/15 | {1} | CNA | Ref: F. Zambrano, 06811522042302-CY | 1121-000 | 1,712.62 | | 106,641.89 |
| 04/03/15 | {1} | Th Vrdolyak Law Group, LLC | Ref: Ibeth Ramos, 28634 | 1121-000 | 163.92 | | 106,805.81 |
| 04/03/15 | {1} | Assurance Financial Partners, LLC | Ref: Invoice No. 20141031-LIT | 1121-000 | 420.72 | | 107,226.53 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.53 | 107,073.00 |
| 05/05/15 | {1} | Illinois IOLTA Trust Accounts | Ref: Jose Ferreira | 1121-000 | 3,235.20 | | 110,308.20 |
| 05/06/15 | {1} | J.B. Hunt | Ref: Bernardino Pasqual | 1121-000 | 1,089.58 | | 111,397.78 |
| 05/11/15 | {1} | Pope & Jaburek, P.C. | Ref: Emil Iwas | 1121-000 | 4,550.00 | | 115,947.78 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.29 | 115,790.49 |
| 06/16/15 | {1} | American Interstate Insurance Co., Inc. | Ref: Michael Peterson | 1121-000 | 4,266.46 | | 120,056.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.30 | 119,876.65 |
| 08/04/15 | {1} | Ankin Law Offices LLC | Ref: Reyna Arroyo | 1121-000 | 1,000.00 | | 120,876.65 |
| 10/05/15 | {1} | Steven Salk & Associates | Ref: Maria Perez | 1121-000 | 938.21 | | 121,814.86 |

Subtotals :          $45,469.25          $1,638.14

{} Asset reference(s)

Printed: 01/04/2018 02:58 PM     V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-49502 | |
| **Case Name:** | MED-HEALTH PARTNERS, S.C. | |
| | | |
| **Taxpayer ID #:** | **-***6534 | |
| **Period Ending:** | 01/04/18 | |

| | |
|---|---|
| **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/15 | {1} | The Law Office of Andrew S. Kryder, LLC | Ref: D. Hibble, 10/20/12 lien | 1121-000 | 51.20 | | 121,866.06 |
| 01/04/16 | {1} | Assurance Financial Partners, LLC | Invoice Number 20150930-LIT | 1121-000 | 235.59 | | 122,101.65 |
| 02/29/16 | 104 | Illinois Department of Revenue | Payment for tax year ending 12/31/15 - FEIN 26-1866534 | 2820-000 | | 297.00 | 121,804.65 |
| 03/04/16 | {1} | Illinois IOLTA Trust Accounts | Paula Cells | 1121-000 | 1,739.90 | | 123,544.55 |
| 12/19/16 | {1} | Assurance Financial Partners, LLC | July 24 - July 30, 2016 | 1121-000 | 298.86 | | 123,843.41 |
| 02/28/17 | {1} | Assurance Financial Partners, LLC | Reissued payment - Check 78652 | 1121-000 | 787.46 | | 124,630.87 |
| 03/23/17 | {1} | Assurance Financial Partners, LLC | DOS: January 22 - January 28, 2017 | 1121-000 | 728.74 | | 125,359.61 |
| 04/18/17 | {1} | Jack R. Epstein | Med-Health Partners Settlement/Isaias Aca | 1121-000 | 829.19 | | 126,188.80 |
| 10/04/17 | 105 | Perkins Coie LLP | Dividend paid 100.00% on $8,906.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,906.50 | 117,282.30 |
| 10/04/17 | 106 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $9,299.18, Trustee Compensation;  Reference: | 2100-000 | | 9,299.18 | 107,983.12 |
| 10/04/17 | 107 | Instant Care LLC | Dividend paid  16.04% on $647,768.07; Claim# 1; Filed: $647,768.07; Reference: | 4210-000 | | 103,963.82 | 4,019.30 |
| 10/04/17 | 108 | Lois West, CPA | Combined Check for Claims#et_al. | | | 4,019.30 | 0.00 |
| | | | Dividend paid 100.00%        4,008.00 on $4,008.00;  Claim# ; Filed: $4,008.00 | 3410-000 | | | 0.00 |
| | | | Dividend paid 100.00%            11.30 on $11.30;  Claim# ; Filed: $11.30 | 3420-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 128,123.94 | 128,123.94 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 128,123.94 | 128,123.94 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$128,123.94** | **$128,123.94** | |

Printed: 01/04/2018 02:58 PM      V.13.30

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-49502 |
| **Case Name:** | MED-HEALTH PARTNERS, S.C. |
| | |
| **Taxpayer ID #:** | **-***6534 |
| **Period Ending:** | 01/04/18 |

| | |
|---|---|
| **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1866** | 128,123.94 | 128,123.94 | 0.00 |
| | **$128,123.94** | **$128,123.94** | **$0.00** |

{} Asset reference(s)